NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKEY LOUIS ALFORD, | ) | No. C 09-02586 JF (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| WARDEN HAWS, | ) | |
| Respondent. | ) | |
| _____ | ) | (Docket Nos. 2 & 4) |

Petitioner, a state prisoner currently incarcerated at the California State Prison in Lancaster, California, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction in the Los Angeles County Superior Court.

A state prisoner challenging the constitutionality of his state conviction may do so by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction.  See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of

1   confinement best forum to review execution of sentence).

2          Accordingly, this case is TRANSFERRED to the United States District Court for

3   the Western Division of the Central District of California.  See 28 U.S.C. §§ 84(c)(2),

4   1391(b), 1404(a); Habeas L.R. 2254-3(b)(1).  In view of the transfer, the Court will not

5   rule upon Petitioner's pending motions to proceed in forma pauperis (Docket Nos. 2 & 4).

6          The Clerk shall terminate all pending motions and transfer the entire file to the

7   Western Division of the Central District of California.

8          IT IS SO ORDERED.

9   DATED: _____10/2/09_____        _____

10                                      JEREMY FOGEL
                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RICKEY L ALFORD,

             Petitioner,

  v.

WARDEN HAWS,

             Respondent.

_____/

Case Number: CV09-02586 JF

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ____10/7/09_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Rickey Louis Alford J39242
CA State Prison-Los Angeles County
PO Box 4670
Lancaster, CA 93539


Dated: ____10/7/09_____

                           Richard W. Wieking, Clerk